*Decisions on Petitions for Writs of Certiorari from January 17, 1916, to June 12, 1916.*

No. 735. St. Louis Union Trust Company, Petitioner, *v.* Mary E. Mellen et al.   January 24, 1916. Ordered that the order entered herein on December 20, 1915, denying the petition for writ of certiorari, be vacated and set aside and the petition for writ of certiorari granted. (See 239 U. S. 648.)   *Mr. W. F. Wilson* and *Mr. Enoch A. Chase* for the petitioner.   *Mr. J. H. Everest* and *Mr. R. M. Campbell* for the respondents.

No. 720. Waldo P. Clement et al., Petitioners, *v.* D. W. James.   January 24, 1916.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. John R. Abney* and *Mr. Hollins N. Randolph* for the petitioners.   *Mr. Alexander W. Smith, Mr. Theodore A. Hammond, Mr. Victor Lamar Smith* and *Mr. Alexander W. Smith, Jr.,* for the respondent.

No. 768. Yee Kong, Petitioner, *v.* W. W. Sibray, Immigration Inspector, et al.   January 24, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Lowrie C. Barton* for the petitioner.   *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Wallace* for the respondents.

No. 784. Houston Oil Company of Texas et al., Petitioners, *v.* Cornelia G. Goodrich et al.   January 31, 1916.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted.   *Mr. Thomas M. Kennerly* and *Mr. Wil-*

liam L. Marbury for the petitioners.    Mr. William D. Gordon for the respondents.

---

No. 221. WILLIAM A. STOWE, PLAINTIFF IN ERROR, v. EMMA F. TAYLOR. January 31, 1916. Petition for a writ of certiorari to the Superior Court of the State of Massachusetts or other proper proceeding under the act of Congress of December 23, 1914, denied. Mr. Hollis R. Bailey for the plaintiff in error, in support of the petition. No opposition.

---

No. 763. THE NATIONAL BANK OF COMMERCE OF SEATTLE, PETITIONER, v. THE UNITED STATES. January 31, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. Mr. James A. Kerr and Mr. E. S. McCord for the petitioner. No brief for the respondent.

---

No. 804. GEORGE L. DURE, RECEIVER, ETC., PETITIONER, v. WILLIAM C. WRIGHT, TRUSTEE; ETC. January 31, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. Mr. John R. L. Smith for the petitioner. Mr. Orville A. Park and Mr. George S. Jones for the respondent.

---

No. 805. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, PETITIONER, v. THE UNITED STATES. February 21, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied.